FRED WYKER, Respondent, v. WALLACE BIGELOW and Another, Appellants.—

Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.